# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| _____ | ) |
| _____ | ) Civil Action No. _____ |
| _____ | ) |
| vs. | ) or |
| _____ | ) |
| _____ | ) Criminal Action No. _____ |
| _____ | ) |

## DISCLOSURE STATEMENT

     Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

                        or      Patent Asset Management, LLC

     Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

_____   _____
Date                               Signature of Attorney or Litigant

Revision Date: November 1, 2016