AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.     2:22-CV-749

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* **DocsCorp, LLC**
was recieved by me on *(date)*   **5/23/2022**

☐   I personally served the summons on the individual at *(place)* on *(date)*         ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☒   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)* **DocsCorp, LLC** on *(date)* **05/26/2022**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and $ 135.00 for services, for a total of $ 135.00.

I declare under penalty of perjury that this information is true.

Date:

_____
Server's signature

**Jerrold Allen**
Printed name and title

**2506 Palmyra Ct
Churchville, MD 21208**

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to an individual who refused to give their name who indicated they were the person authorized to accept. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 45-55 years of age, 5'6"-5'8" tall and weighing 180-200 lbs with glasses.**




Tracking #: 0087605778