IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC, | § § § | Case No: 2:22-cv-00749-NR |
| Plaintiff, | § § | PATENT CASE |
| vs. | § § | |
| DOCSCORP, LLC, | § § | |
| Defendant. | § § § | |

## PLAINTIFF'S FOURTH UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Plaintiff Digital Verification Systems, LLC ("Plaintiff" and/or "DVS") by and through its undersigned counsel, moves to extend the time for Defendant DocsCorp, LLC ("Defendant" and/or "DocsCorp") to object, respond to, move, or otherwise answer Plaintiff's complaint [Doc. 1]. Plaintiff requests a twenty-one (21) day extension of time for Defendant's answer up to and including September 30, 2022.

This motion is not made for delay, as the parties are working on a resolution to this matter that will avoid the need for further litigation. Counsel for Plaintiff conferred with counsel for Defendant regarding the motion for extension of time and counsel for Defendant does not oppose this motion.

Dated: September 9, 2022.	Respectfully submitted,

*/s/ Daniel Falcucci*
Daniel Falcucci
PA Bar No. 373027
Falcucci Marquardt Legal, LLC
229 Cornell Ave
Clarks Green, PA 18411
Tel: (254) 677-8121
djfalcucci@gmail.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically on September 9, 2022, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

*/s/ Daniel Falcucci*
Daniel Falcucci