IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC, | § § § | Case No: 2:22-cv-00749-NR |
| Plaintiff, | § § | PATENT CASE |
| vs. | § § | |
| DOCSCORP, LLC, | § § § | |
| Defendant. | § § | |

## **UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Digital Verification Systems, LLC ("Plaintiff" and/or "DVS") subject to the approval of the Court, hereby files this Unopposed Motion to Stay All Deadlines and Notice of Settlement, and in support thereof, respectfully shows the Court as follows:

Plaintiff and Defendant DocsCorp, LLC ("Defendant" and/or "DocsCorp") have reached an agreement in principle that will settle and dispense of this matter. The Parties are in the process of memorializing the terms of a written settlement agreement. The parties anticipate that they will be able to perform such terms within thirty (30) days. Accordingly, Plaintiff respectfully requests that the Court grant a stay of the proceedings between the parties, including all deadlines, up or until October 31, 2022. Defendant is unopposed to the relief requested herein.

Good cause exists for granting this Unopposed Motion, as set forth above. The motion is not filed for purposes of delay but so that justice may be served.

Dated: September 30, 2022.　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Daniel Falcucci*
　　　　　　　　　　　　　　　　　　　Daniel Falcucci
　　　　　　　　　　　　　　　　　　　PA Bar No. 373027
　　　　　　　　　　　　　　　　　　　Falcucci Marquardt Legal, LLC
　　　　　　　　　　　　　　　　　　　229 Cornell Ave
　　　　　　　　　　　　　　　　　　　Clarks Green, PA 18411
　　　　　　　　　　　　　　　　　　　Tel: (254) 677-8121
　　　　　　　　　　　　　　　　　　　djfalcucci@gmail.com
　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

　　　The undersigned hereby certifies that the foregoing document was filed electronically on September 30, 2022 and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

　　　　　　　　　　　　　　　　　　　*/s/ Daniel Falcucci*
　　　　　　　　　　　　　　　　　　　Daniel Falcucci