IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC, | § § § |
| Plaintiff, | § § Case No: 2:22-cv-00749-NR § § PATENT CASE |
| vs. | § § |
| DOCSCORP, LLC, | § § |
| Defendant. | § § § |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Digital Verification Systems, LLC ("Plaintiff" and/or "DVS") files this Notice of Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant DocsCorp, LLC ("Defendant" and/or "DocsCorp") with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated February 8, 2023.                         Respectfully submitted,

                                                */s/ Daniel Falcucci*
                                                Daniel Falcucci
                                                PA Bar No. 373027
                                                Falcucci Marquardt Legal, LLC
                                                229 Cornell Ave
                                                Clarks Green, PA 18411
                                                Tel: (254) 677-8121
                                                djfalcucci@gmail.com

                                                **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed electronically on February 8, 2023, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

                                    */s/ Daniel Falcucci*
                                    Daniel Falcucci